IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIRST HORIZON BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:24-cv-605-RAH ) |
| PREMIER HOLDINGS, LLC, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Plaintiff's *Motion for Admission Pro Hac Vice*. (Doc. 12.) For good cause, it is accordingly **ORDERED** that Plaintiff's *Motion for Admission Pro Hac* Vice (doc. 12) is **GRANTED**.

**DONE** on this the 7th day of October 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE