IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FIRST HORIZON BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:24-cv-00605-RAH-SMD |
| PREMIER HOLDINGS, LLC; | ) |
| JOGINDER SIDHU, AS | ) |
| PERSONAL REPRESENTATIVE | ) |
| OF THE ESTATE OF MANRAJ | ) |
| SIDHU, AND IN HIS INDIVIDUAL | ) |
| CAPACITY; JAIPAL GILL; and | ) |
| JOHN A. HOWARD, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS PREMIER HOLDINGS, LLC, JOGINDER SIDHU, AND JAIPAL GILL'S PROPOSED RECEIVER SUBMISSION**

Pursuant to the Court's November 20, 2024 Order [Doc. 64], Defendants Premier Holdings, LLC, Joginder Sidhu, as Personal Representative of the Estate of Manraj Sidhu, and in his Individual Capacity and Jaipal Gill, without waiving their opposition to appointment of a receiver, submit the following individual and entities that the Court should consider for a receiver:

1. Moore Company Realty
   312 Catoma Street, #200
   Montgomery, Alabama 36104
   Telephone: (334) 262-1958
   Website: https://moorecompanyrealty.com/

2. Jesse Slaton, CPA
   New Day Advisors, LLC
   1100 Corporate Drive
   Birmingham, Alabama 35242
   Telephone (205) 737-4639
   Website:  https://newdayadvisors.com/

                                  Respectfully submitted,

                                  */s/Jeffrey E. Holmes*
                                  Jeffrey E. Holmes (asb-6330-171j)
                                  William C. White, II (asb-6545-h70w)

**OF COUNSEL:**

**Boles Holmes White LLC**
William C. White, II (asb-6545j70w)
Jeffrey E. Holmes (asb-6330-171j)
1929 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone:  (205) 502-2000
Facsimile:   (205) 847-1285
wwhite@bhw.law
jholmes@bhw.law

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon all counsel of record.

Danielle E. Douglas
ADAMS AND REESE LLP
1901 Sixth Avenue North, Suite 1110
Birmingham, Alabama 35203
danielle.douglas@arlaw.com
*Counsel for Plaintiff*

Clarence A. Wilbon (pro hac vice)
ADAMS AND REESE LLP
6075 Poplar Ave, Suite 700
Memphis, Tennessee  38119
Clarence.Wilbon@arlaw.com
*Counsel for Plaintiff*

Thomas W. Lawless (pro hac vice)
LAWLESS & ASSOCIATES, P.C.
701 Broadway, Suite 403
Nashville, Tennessee 37203
Tomlawless@comcast.net
*Counsel for Plaintiff*

Jeremy L. Retherford
Robert Lee DeMoss, III
Gabriel J. Quistorff
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
jretherford@balch.com
tdemoss@balch.com
gquistorff@balch.com
*Counsel for Intervenor Renasant Bank*

Anthony B. Bush
THE BUSH LAW FIRM, LLC
Parliament Place Professional Center
3198 Parliament Circle 302
Montgomery, Alabama 36116
abush@bushlegalfirm.com
*Counsel for Gregory F. Laetsch and Laetsch Properties, LLC*

Brett J. Chessin
Stephen E. Whitehead
Bret Linley
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
bchessin@lgwmlaw.com
steve@lgwmlaw.com
blinley@lgwmlaw.com
*Counsel for Defendant John Howard*

/s/*Jeffrey E. Holmes*
OF COUNSEL

3