**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **FIRST HORIZON BANK**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:24-cv-00605-RAH |
| | ) | |
| **PREMIER HOLDINGS, LLC; JOGINDER SIDHU, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MANRAJ SIDHU, AND IN HIS INDIVIDUAL CAPACITY; JAIPAL GILL; and JOHN A. HOWARD,** | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST HORIZON BANK'S SUBMISSION OF PROPOSED RECEIVERS**

Plaintiff, First Horizon Bank ("First Horizon"), by and through undersigned counsel, hereby submits the following names of proposed receivers as requested by the Court in its Preliminary Injunction Order entered on November 20, 2024 (Doc. 64):

**1. Brian R. Walding of Walding, LLC in Birmingham, Alabama**

Mr. Walding is uniquely qualified to serve as the receiver in this matter. He has served as Chapter 7 Trustee in the Middle District of Alabama and Chapter 11 Subchapter V Trustee in both the Northern District and the Middle District of Alabama since 2021. Mr. Walding has also served in unique court-appointed roles including as Litigation Trustee and as a Chapter 11 Plan Trustee. Between his trustee appointments and his regular law practice, Mr. Walding has ample experience administering and maximizing business assets for the benefit of creditors in the Montgomery and Birmingham areas. Finally, Mr. Walding has invaluable background knowledge of the Premier entities by virtue of representing Burger King

Company, LLC in the Premier Kings operators' bankruptcies (we understand that Mr. Walding's representation of Burger King Company, LLC is complete and poses no conflict). Mr. Walding's resume is attached hereto as Exhibit A.

**2. David Anthony, Owner of Exo Legal, PLLC in Nashville, Tennessee.**

Mr. Anthony is also well qualified to serve as the receiver in this matter as he has served as a court-appointed receiver on numerous occasions and has also served as counsel to court-appointed receivers. He has a depth of experience dealing with commercial real estate, distressed businesses, and restructuring. Mr. Anthong has also served in various court-appointed roles in bankruptcy courts, including as trustee's counsel. Mr. Anthony's biography is attached hereto as Exhibit B.

Dated: November 26, 2024 Respectfully Submitted,

*/s/Danielle E. Douglas*
Danielle E. Douglas
ADAMS AND REESE LLP
1901 Sixth Avenue North, Suite 1110
Birmingham, Alabama 35203
(205) 250-5000
(205) 250-5034 (facsimile)
danielle.douglas@arlaw.com

*/s/ Clarence A. Wilbon*
Clarence A. Wilbon (TN Bar No. 023378)
(pro hac vice admission pending)
ADAMS AND REESE LLP
6075 Poplar Ave, Suite 700
Memphis, TN 38119
Telephone: (901) 525-3234
Facsimile: (901) 524-5419
Clarence.Wilbon@arlaw.com
*/s/ Thomas W. Lawless*
Thomas W. Lawless (TN Bar No. 009211)
(pro hac vice admission pending)
LAWLESS & ASSOCIATES, P.C.

701 Broadway, Suite 403
Nashville, TN 37203
Telephone: (615) 351-7839
Facsimile: (615) 985-0900
Tomlawless@comcast.net

***Attorneys for Plaintiff First Horizon Bank***

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 26th day of November 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon the following counsel of record:

William C. White, II
Jeffrey E. Holmes
BOLES HOLMES WHITE LLC
1929 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 502-2000
Facsimile: (205) 847-1285
wwhite@bhw.law
jholmes@bhw.law
*Attorneys for Premier Holdings, LLC, Jaipal Gill, and Joginder Sidhu*

Jeremy L. Retherford
Tripp DeMoss
Gabriel J. Quistorff
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
jretherford@balch.com
tdemoss@balch.com
gquistorff@balch.com
*Attorneys for Renasant Bank*

Anthony B. Bush
THE BUSH LAW FIRM, LLC
Parliament Place Professional Center
3198 Parliament Circle 302
Montgomery, Alabama 36116
abush@bushlegalfirm.com
*Counsel for Non-Party Gregory F. Laetsch and Laetsch Properties, LLC*

Brett J. Chessin
Stephen E. Whitehead
Bret L. Linley

Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Telephone: (205) 967-8822
Facsimile: (205) 967-2380
steve@lgwmlaw.com
bchessin@lgwmlaw.com
blinley@lgwmlaw.com
*Attorneys for John Howard*

*/s/ Danielle E. Douglas*
OF COUNSEL