## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **FIRST HORIZON BANK**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:24-cv-00605-RAH |
| | ) | |
| **PREMIER HOLDINGS, LLC;** | ) | |
| **JOGINDER SIDHU, AS PERSONAL** | ) | |
| **REPRESENTATIVE OF THE ESTATE** | ) | |
| **OF MANRAJ SIDHU, AND IN HIS** | ) | |
| **INDIVIDUAL CAPACITY; JAIPAL** | ) | |
| **GILL; and JOHN A. HOWARD,** | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff First Horizon Bank ("First Horizon") and Defendants Premier Holdings, LLC, Jaipal Gill, and Joginder Sidhu (individually and as the personal representative of the Estate of Manraj Sidhu) (collectively, the "Defendants"), hereby file their Joint Status Report pursuant to the Court's Order entered on November 20, 2024, which requires the parties to report on Defendants' compliance with the Order and any requests for information by First Horizon. (ECF No. 64). In its Order, the Court extended its temporary restraining order via conversion to a preliminary injunction, including granting First Horizon access to certain financial and operating records of Premier Holdings. (*Id.*)

In follow up to the written document requests that First Horizon propounded on Defendants, by letter dated December 3, 2024, First Horizon has provided Defendants with a detailed itemization of documents and information that Plaintiff contends fall within the Court's

Order and First Horizon's document requests, but have not yet been produced to First Horizon. First Horizon has requested that Defendants make their supplemental document production by 12:00 p.m. CST on Friday, December 6, 2024.  Defendants are endeavoring to provide their supplemental responses and objections by this date and time.

Given the impending injunction hearing, to the extent that First Horizon has any issues with Defendants' supplemental responses, or if Defendants do not respond by Defendants by the aforementioned deadline, First Horizon will file a motion to compel compliance with the Court's Order and for sanctions against Defendants.  Defendants will submit an appropriate response to said motion.

Dated: December 3, 2024                          Respectfully Submitted,

/s/Danielle E. Douglas
Danielle E. Douglas
ADAMS AND REESE LLP
1901 Sixth Avenue North, Suite 1110
Birmingham, Alabama 35203
(205) 250-5000
danielle.douglas@arlaw.com

/s/ Clarence A. Wilbon
Clarence A. Wilbon (TN Bar No. 023378)
(pro hac vice admission)
ADAMS AND REESE LLP
6075 Poplar Ave, Suite 700
Memphis, TN  38119
Telephone: (901) 525--3234
Clarence.Wilbon@arlaw.com

/s/ Thomas W. Lawless
Thomas W. Lawless (TN Bar No. 009211)
(pro hac vice admission)
LAWLESS & ASSOCIATES, P.C.
701 Broadway, Suite 403
Nashville, TN 37203
Telephone: (615) 351-7839
Tomlawless@comcast.net
**Attorneys for Plaintiff First Horizon Bank**

2

/s/ Jeffrey E. Holmes
William C. White, II (AL Bar No. 6545j70w)
Jeffrey E. Holmes (AL Bar No. 6330171j)
BOLES HOLMES WHITE LLC
1929 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 502-2000
wwhite@bhw.law
jholmes@bhw.law

**Attorneys for Premier Holdings, LLC, Jaipal Gill, and Joginder Sidhu**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of December 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon the following counsel of record:

Jeremy L. Retherford
Tripp DeMoss
Gabriel J. Quistorff
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
jretherford@balch.com
tdemoss@balch.com
gquistorff@balch.com
*Attorneys for Renasant Bank*

Anthony B. Bush
THE BUSH LAW FIRM, LLC
Parliament Place Professional Center
3198 Parliament Circle 302
Montgomery, Alabama 36116
abush@bushlegalfirm.com
*Counsel for Non-Party Gregory F. Laetsch and Laetsch Properties, LLC*

A copy has also been served by United States Mail, postage prepaid, on the following *pro se* party to this action:

John A. Howard
116 Bluff Springs Drive
Madison, AL 35755
*Defendant*

/s/ Clarence A. Wilbon
OF COUNSEL

3